FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

*THADDEUS THOMAS*                                    COMPLAINT

(Enter above the full name of the plaintiff in this action)

                    V.                               Civil Action No. _____

*Lt, Esteada*
*Sgt, Costeea*                                       (To be supplied by the Clerk of the Court)
*Sgt, Di Amico*
*S C/o - Gallotta*

(Enter the full name of the defendant of defendants in this action)

_____

### INSTRUCTIONS; READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of $50.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6.     If you cannot prepay the $400.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.     If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.     Jurisdiction is asserted pursuant to (CHECK ONE)

_____     42 U.S.C. §1983 (applies to state prisoners)

_____     Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

1b.     Indicate whether you are a prisoner or other confined person as follows:
__ Pretrial detainee

_✓_ Civilly-committed detainee

__ Immigration detainee

__ Convicted and sentenced state prisoner

__ Convicted and sentenced federal prisoner

__ Other: (please explain)_____

2.   Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.   Parties to previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

b.   Court and docket number: _____

c.   Grounds for dismissal:   ( ) frivolous ( ) malicious

( ) failure to state a claim upon which relief may be granted

d.   Approximate date of filing lawsuit: _____

e.   Approximate date of disposition: _____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.   Place of Present Confinement? _____

4.   Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.   Name of plaintiff: *THADDEUS THOMAS*

Address: _EAST JERSEY state Person -AD-SEG-UNIT-8 iT.U_
_& PRODUCTON WAY-CU-905-AVENEL, N.J. 07001_

Inmate#: _#000114_

b.  First defendant:

Name: _Lt, Estrada_

Official position: _1st shift Lt. (D.D.C.)_

Place of employment: _E.J.S.A-AD-SEG-UNIT-S.T.U._

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_Authorizing his Sgt's to Harrassed and_
_Intimidate my property for reasons_
_of Retaliation by Breaking into his_
_legal case and threatening to illegally_
_search his vehicle._

c.  Second defendant:

Name: _Sgt. Costera_

Official position: _1st shift Sgt._

Place of employment: _E.J.S.A-AD-SEG-UNIT-S.T.U._

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_Authorizing his subordinates to strip_
_search me and place me on T.C.C. status_
_for associating with my out-side_
_legal aid. In retaliation of Non Helping_
_me with a wrongful death case._

d.  If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

E.) THIRD DEFENDANT

NAME: Sgt. DiAmico
OFFICIAL POSITION - 1st Shift Sgt.
PLACE OF EMPLOYMENT: E.J.S.P. AD-SEG UNIT - S.T.U.
How is this person involved in this case?
(i.e. what are you alleging that this person did or did not do that violated your Constitutional Rights?)

For violating my DUE Process Rights, By placing me in isolation for no cause, And telling me that i'm in isolation For Associating with a outside legal aid. causing my legal aid to cancel, helping me with legal work, in Reference to a wrongful Death case "Committed By Correction officers"

F) Fourth Defendant:

NAME: S/O - Gallotta

OFFICAL Position: CORRECTION OFFICER

PLACE OF Employment: E.J.S.P Assequint-S.J.U.

How is this person involved in this CASE?

(i.e, what are you alleging that this person Did or Did Not Do, that violated your Constitutional Rights?)

Forcing me to strip Search NAKED in a polluted Room (Storage Room) And then with a Smile, told me to Squat down a cough. And then "Slowly" giving me my clothes Back. By Dropping them on the Dirty Floor. Humilrating me, in the worse way. And started making Homosexual Remarks, Degrading my Gender and Lifestyle.

5.  I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

   ___✓Yes ___No

   If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

   I WAS/AM DIS-REGARDED, AND REMAINED
   IN ISOLATION.

   If your answer is "No," briefly explain why administrative remedies were not exhausted.

6.  Statement of Claims

   (State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

   SEE ATTACHED