CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2019 NOV 21 P 2:50

11/21/19

TO: Court Clerk
C/o Presiding Judge,

Inclosed is a 1983 &
Informa Pauperis, that I am
asking the Court to file and
Docket for me

And asking the Courts to
seriously look into and grant
my motion to be fully heard,
on the serious complaints of
"Retaliation", "Violation of Due
Process" and "Due Process Abuse."
"Deliberate indifference" etc,

I deeply appreciate the
Courts time, patience and
consideration.

Respectfully Submitted

#930361A
Thaddeus Thomas #000114
East Jersey State Prison
Ad-Seg-unit-S.T.U.
8 Production Way
CN-905
Avenel, New Jersey
07001

TO: Courts:
Impresently in Isolation
F.C.C.

# STATEMENT OF CLAIMS

On 11/21/19, at 10:45AM, I was told by the unit Correctional officer, that I have an Attorney visit.

I went to the front house of the S.I.U, as the paralegal was there (Mr. Steinsol) and he finally told me the law firm he's from (Terig Massino). we talked about football etc.

10:55AM As I was leaving, the front shift Sgt's (Sgt. DeAngulo / Sgt. Costero) orded the other — — — S.I.U Correction officer to (S/O - Rotenborough / S/O - Gallotto) to strip search me, had me squat down and cough.

Causing me to feel humiliated and embarrassed.

I was then taken to the Annex Hospital, checked my vitals, And I was transported to the South unit - 3rd floor - cell 312 with no mattress, sheets, pillow etc.

within 15 minutes of my being locked up in the cell two internal Affairs officers (Mr. Conway / Mr. Swith)

CAME to SEE ME AND READ
ME MY MIRANDA rights.

I then asked "was I being
CRIMINALLY charged with Any
Illegal Actions" And was told
"maybe"

And when I asked Sgt.
De-Arico (1st Shift) what am I
being Locked up for? I was
told with a smile from Sgt.
De-Arico, "that I am being
Locked up, from of By being
Guilty By Association" And
then was told By this Sgt.
(De-Arico) that I may be out
tonight (4/21/19) or tomorrow
4/22/19.

Sr. Regarding the fact
that I HAVE BEEN placed in
A Cold cell, with No mattress
or Blankets, And me not doing
Anything Illegal or Against
The Rules, to cause my being
placed in isolation, on the
South unit, 3rd Floor, in Cell 312, on
T.C.C. (Temporary close custody), 24
Hour Locked in Cell. "Having No
Access to Any phone, to call my
Attorney. Having to ask other
Residents / prisoners to Call
my Attorney, "letting Her Know
that I'm / I HAVE BEEN placed
in lock up, "As per Sgt. De-Arico,

"Guilty By Association" meaning,
my Associating with a — — —
Paralegal Attorney."*

*Causing me to BE placed
in 72 Hour lock down for
nothing at there (D.O.C./D.H.S./
D.O.H.) own personal Reasons.

with no full investigation
on Either Administrative PReb.

I am being Seriously — — —
punished, off of the Department
of Corrections, words of Being
Guilty By Association." talking
to an outside Attorney." *

As the Sgt, (Sgt. Castera 1st Shift)
tried to Restrain me. Stewart
(Paralegal) and started to Read
Her the miranda Rights, Mr.
Stewart asked was He being
charged with anything?

no Response, and then Some
Correction officers tried to — —
Search the paralegal (mr Stewart)
CAR And He also asked did they
(D.O.C.) Have a Search warrant.

He (mr. Stewart - Paralegal)
then got in His vehicle and left
it all.

nothing was found nor was
He (Paralegal - Mr. Stewart) was
Arrested By Any means.

The S.H.S./S.O.H. Program
Coordinator (Mrs. Madden) came
to my Cell (317-south unit) And
I asked why am I in Lock
up, And I was told that they
Don't HAVE any intervention on
my Being placed in or on
24 Hour Lock Down.

Also, 1st shift Sgt-Castero /
Lt. Estrada authorized S/O-
Gallotto / S/O-Rosenborough to
check / Break into Paralegal
(Mr. Stewart) Legal pad and
tried to Confiscate His - - -
personal Belongings. (Personal
Phone).

It's now 3½pm, And I am
still on T.C.C. status, cold, Dry cell
with no BED linnings of Any
Kind. "Locked Behind 2 Gates."

There's no S.H.S or S.O.H.
Staff come to see me yet.

Knowingly, violating my
Due Process Rights by not
producing or providing me with
Any investigative materials or
Solid reason on why I am - - -
Being mentally and physically
punished." other than Being
Said, Guilty By Association,
By the Higher ups in the

Department of Corrections.
( 1st Shift "Sgt. Costero" )( the Lead )
Sgt. De Aritco )
               And D.H.S. / D.O.H Treatment
Staff ( Mrs. Madril / Merritt / Cassity /
Shantay Adams and others. will
Find some kind of Treatment
Justification to punish me
in Response to S.O.C.'s Abuse
of power or Retaliation, Due
to the Law Suit I Have
( very active ) in.

               And using their (S.O.C.)
position, to try to intimidate
the Lawyer / Paralegal ( Mr. Stewart )
And Ban Her From talking
to me About the murder - - -
That S.O.C.'s Correction officers
Committed on Another Resident,
( Res. Darrell Smith ), on 8/23/19

               Sgt. De Aritco and Sgt. Costero,
or C/o-Rosenborough and -  - -
C/o-Balletta to Strip search'd me,
without any Cause, in a cold Room
in the Front House Storage Room.

               nothing was found on my
person. And still Sgt. Costero /
Sgt. De Aritco or the two C/o's
that searched me, to Handcuff
And take me to lock up. with
the reason only Being, Guilty
By Association - "talking to an
outside Attorney other than

the public Defender (O.W.S.)
It's now 4th pm - 11/21/19, And I'm
Still in cell #312, with no Bed tunnings
or mattress on the south unit, 3rd floor
Lock up tier." no Second Shift Sgt. or
O.W.S/S.O.W. Staff come to my cell,
New to let me know the real reason
why I am in Lock up, if Any.

Besides Being mentally And
physically punished for Seeing
an out-side Attorney
Right-Sgt. Costers, who went in
talking to internal Affairs
After I with Room 3 on the
South unit, "whispering to them
About them placing me in Lock
Down." (I.A officers - MR. Conway /
MR. Smith) And this Sgt. (Sgt. Costers)
is known for Abusing His - - -
Authority And falsifying and
Fabricating His Reports, While - -
in the effort to wrongfully,
Have Someone Locked up, or placed
on a 72 Hour Lock Down period,
Acting out as His intimidation
tactics, For His own personal
Reasons." no corrections unit officers
(South unit) came to the 3rd tier,
to Supply me with Any mattress or
Anything, (11/21/19 - 6th pm.)"

Now, I'm going to Have to
talk About this Frivolous incident
in Process group, with Mrs.Dunb...

And Mr. Sabur (PB. 3) Saying to
Explain what Sgt. Sekurra meant
by Butthy by Assortabout which
I knew that I was going to get
backlash from that. Due to the
History of taking S.I.C. SIDE,
Even when they (D.W.S.D.O.C.)
know that Corrections is wrong
in the way that they not
Conducting themselves in what
Suppose to be A Treatment
Facility instead By these
Correctional officers, Sgt's Lt's
(Sgt. Casteen / Sgt. Sekurra /
Lt. Estrada) orders the - - -
atmosphere at this installation/
This Treatment Facility is
bringing to a serious level
of Hostility.
          * And D.W.S. / D.O.C. is always
Dis-regarding and over-looking S.O.C.
Conduct and Bias towards a
persons gender or a persons
Criminal / Sexual charges. *
          By making my pain mental
& And physical Suffering A
Treatment issue, when this not.
     It's Being abuse By S.O.C.
ranking officers. And using
there Subordinates to do
there or use Abusive ways
to Hurstrate, Embarrass or
belittle me / us in every

disgusting and Degrading ways.
For Example:

S/O - Gullotta / S/O Roseborough
and Sgt. De Avina / Sgt Carter,
had me in a Supply closet, strip
searched me, had me spread my
cheeks and Cough all while in
a Dirty storage Room, in the
cold Bear footed, And naked.

And when I complained, I
was threatened with, Being put
in a Dry Cell, with only a
paper gown or causing me to
summit to these (S.O.C) Degrading
And Humiliating ways.

At 7³⁰/₃₀ₐₘ the South unit
Correction officer, walked pass
my cell (#312 - South - 3ʳᵈ floor) asked
Did I get meds, overlooked me
not Having a mattress or - - -
Anything left, locked the
3ʳᵈ and 2ⁿᵈ floor gate a said
nothing.

Showing full - - -
Retaliation, for Talking
about these Correction
officers endangering Resident
Darryl Searls, with the "Great
Possibility" of Further Showing
Retaliation, Due to the Active
Lawsuit that I Have with
C.F.B.Bus F.C., Against Clay
Smartley (East Jersey state Prison
as - SEP - unit - S.T.U.) For my

Incarceration on the South unit.
It's now 8:15pm A Hour and A
Half BEfore Prison Lock Down for
the night And I am still in a
cold Dry cell with no Bedding or
mattress.

** Sgt. DeAnico, is the 2nd
Shift Supervising Sgt which
Answered the question on why I
Haven't Recieved any mattress or
Bedding.**

Causing my self to Have
to pace this cell floor to try to
stay a little warm and hopefully
not get sick, Due to the coldness
in this cell (#317-third floor-on
the South unit.)

11/21/19, it's 9:30pm lock Down time
for the night "no more movement,
until 7am on 11/22/19 And I still
Don't Have any Bedding or Blankets,
sheets or Any thing to go to Rest
on.

So, I Have to sit on this cold
Steel stool, lay my Head Down And
try to get some kind of Rest.

Because, the 2nd shift Sgt.
(Sgt. DeAnico) is refusing to give
me any of my personal Bedding
or Any Bedding at all.

I'm seriously starting to
feel like, I Am Being - - -
Seriously Retaliated Against

for being a witness for the Department of Criminal Justice, in response to a few correctional officers investing / beating to death another resident (barry) Scott), leaving him in a vegetative state.

And possibly for the law suit that I have "and that's very active." Either way, there's no legitimate reason why I am being mentally and — — physically tortured / punished by being left in a cold dry cell / empty cold dry cell (#317-3rd fl. south unit). *And I can't turn the cell light out. Because this cell will get even colder.*

At 10:pm the 3rd shift unit correctional officer came to my cell, shined the flashlight in & walked on by and went back to the first floor to call the count in.

with no regards to me not having anything in this cell.

11/21/19 10:30pm I just informed the 3rd shift unit (south) correctional — — officer of my not having — — — anything on bookbug etc. And was told that he will check into this and tell the 3rd shift.

At 11:pm = 11/21/19 the 3rd shift Sgt. gave me my beddings. But still, I stayed in a cold cell (freezing) for 12 hours plus.

As Sgt. Casters and other Correctional officers started Reading the Paralegal lawyer his Rights.

He (Mr Steward) asked, was he being charged with Anything? "there was no Reply".

And then Sgt. Casters and Subordinates (other Correctional officers) Asked to search his car, He (Mr Steward) Again Asked, Do you have a search warrant? no Reply Again, And Mr. Steward (Paralegal lawyer) Drove off of State Prison Grounds.

All the while Sgt. Casters And other correction officers was HARRASSMENT/ Harrassing my Paralegal lawyer. There was no Rahway County Police or — — — — Middlesex County Police was called to make any Arrest. It was just the Lt. Sgt and Correctional officers trying to make a in House Arrest. But couldn't, Because, I (Thaddeus Thomas) or Him (Mr. Steward) Did any thing illegal or wrong. And still out of Spitefulness, I am placed on 24 Hour Lock Down, Behind the False and Fabricated Reports that 1st Shift - Lt. Estrada/ Sgt. Casters Sgt. D'Amico Has written to Internal Affairs or not. (Mr

12 of 28

Conway (the South).

It's now 6:45 p.m. 11/22/19, I couldn't rest, due to the frustration and rage that I was feeling, Because of being locked up for talking to an out-side lawyer about the murder of a Resident (Danny) South) Being Beaten to Death By a few of these Correction officers, Here at East Jersey State Prison - Ad-Seg-unit-S.T.U.

By me Being Again, wrongfully incarcerated / Isolated / contined to a cell I have no way of Going to process groups or any other groups, Due to S.I.D. Having me on T.C.C. on the South unit, 3rd floor, locked in a cold cell

* No movement, no groups, no legal phone calls or any other way, to reach my attorneys

with the exception of Relaying a message to the lawyer on the phone, through Another – – – Resident, that's on this Floor, through the Door, cell Door. *

It's 11:45 p.m. - 11/22/19, And I haven't seen anyone From S.H.S. / D.O.H, towards my Being placed in Lock up (T.C.C.) For no reason at all, or For Reasons that I have no control or Knowledge of.

Just the words of Sgt. D'Amico,
"Guilty By Association." my Association
with an attorney.
11/22/19- at 11:30 P.M. I still had D.O.C./
S.O.H. Treatment Staff (DR. MOSLEY/
MRS. MADDU). And was Again told
that they (S.H.S.) don't have any
paper-work on why I am in
Lock up, from D.O.C. causing me
Even more Anger, Frustration
and Humiliation of being
falsely and wrongfully placed in
isolation, with no cause, reason or
report attached. (MRS. MADDU-
Program Coordinator/ MRS. MOSLEY-
Therapist.)
        Now, I have to continue to
sit in this said cell. And wait
for S.O.H./D.O.C. to Decide what
my status may be. And that's the
Confusion (mentally) of not - - -
Knowing what type of - - -
punishment or Decision, that'll
Be made toward my life and
liberty," of being wrongfully
Incarcerated on the Jorth unit."
        *meaning, D.O.C. don't have any
paper-work on the reason why
I am in isolation.*
        It's Been two days And I
haven't gotten a shower or
change of clothes yet. The
unit Correctional officers came

By my cell during count. But to
there (corrections) while you are
on T.C.C., your presence is
seriously invisible on this 3rd
floor, on the South side, lock up
area.

11/22/19, at 5:30pm As per Sgt. T. Walker,
only four guys was taken out of
lock up. And when I asked about
my status. I was again told that
they (corrections) don't have any
paper-work on why I'm in lock up,
or when I'm being released from
T.C.C. "D.A.S./D.O.C. always allows
D.O.C. to inflect punishment on
us/me. And then pass what's
left of me over to the - - -
treatment team, for some form
of rape." Even if you are innocent.
** Also, Sgt. Castiera (Sgt. DiMarco)
S/O - Rosenborough / S/O Gallotta,
confiscated all of my legal work
searched it. And now, all of
a sudden, can't find them, that
legal paper-work that's, um, lost,
contained my D.N.A. test results,
treatment module notes, stating
I passed, documents of my
witnessing the threats that lead
to another resident late, which
was booked, by the correction
officers (1st shift) of the E.J.S.P.-
AD-SEG-unit - I.T.U. along with other

Legal paper-work, from RoBBins
P.C. Law firm in Newark N.J.
        Also my cell on the west unit
was/is Destroyed with all of my
personal belongings T.V., D.V.D.
player, entertainment center, clothes
cosmetics, food etc. is thrown
all over my the cell. And also,
my other treatment notes And
my treatment journal is missing.
    After 3% – Roxenborough / 3% ballota
Rau-Shacked-my-cell (317 on the west)
        And also the D.H.S. / D.O.H.
Directors so is continue to
ignore / overlook How D.O.C. is
Abusing their power and
interfering with the mental
Level of treatment.
(D.O.H. / D.H.S. Directors – Jennet) Mary /
Shanley Adams.)
        By keeping me isolated
from population; not being able
to fully participate or participate
in Treatments, Groups or modules, And
Self Help groups.
    11/23/19, 5th PM. I am still in a Day
cell on the Smith unit. "Thinking about
How the Progress Coordinator (MRS.
MASCU) started interrogating me
About the Paralegal and (Mr. Stewart)
His Personal Phone, that was
Left out front.
        Questions Like;
1.) Did He try to pass it to you?

2.) Did He Ever say to bring you stuff.?

3.) Did He Ever talk about bringing you illegal Contraband in?

I answered all questions with no.!

And stated that we was talking about, How the - - - atmosphere of this facility is becoming Hostile. After those Correction officers beat Resident Daeryl Smith to Death, Causing him to become Brain Dead, a vegetable from So many Blows (punishes) to His Head.

* I started feeling that S.I.D. gave Mrs. Ridley those questions to ask me. *

I am being seriously Retaliated Against, for talking To A out-side lawyer firm. About a Resident being - - - - - Beat to Death, By those Correction officers.

And being Retaliated Against, Due to an Active Lawsuit, that I Have in the courts.

why?

Being / Because, I am Constantly told, that I can be Held in Lock up By I.A. (D. Smith)

Mr. Conway) for 72 hours, with just the saying of "it's under investigation."

*** And nothing is under no investigation Because the Paralegal is Mute (Mr. Stewart) And wasn't / isn't charged with Any Criminal charges. He (Mr. Stewart-Paralegal) wasn't even Read his mirandis Rights.

And all that's Frustrating me, is the 3rd shift Sgt. (Sgt. DiAurro) tell me that I'm to lock up, for Being "Buddy By Association." for talking to a out-side Paralegal.

Both Entities (D.O.C. / D.H.S./DON.) is punishing me. Knowingly showing Deliberate Indifference And Seriously violating my Due Process Rights. By locking me up (Arrested), reading me my mirandis Rights, But yet, I haven't Been charged with Anything No Criminal offense or Anything.

This is just D.O.C. Using D.H.S./DON. Again to cover up their Abuse of Authority, Bias And Retaliation Towards my Bring the Department of Criminal Justice a Statement

towards Resident A Smith
murder.

And having the Paralegal
(Doris Mc Stowser) shot at - - - -
intervation on how she - - - -
Department of Corrections,
tried to cover it up.

And now, all of a sudden, it's
illegal for me to have help from
an out-side Paralegal/attorney.

And all of my Constitutional
rights are violated.

1.) Stopping me from going
      to breating/treatment

2.) Being denied a legal
Phone call (as a Resident)

3.) Being wrongfully incarcerated
without any investigation.

4.) Being denied Access or
the right to talk to my
therapists.

5.) Being locked in a cold
cell, with no change of clothes
or able to take a shower for
3 days a nights.

And D.H.S./D.O.H-
Clinical Director-manager/
Man/ with Director-Shanay
Adams/ Program Coordinator-
Mrs. March. is allowing and
dis-regarding the violations,
that D.D.C. is inflicting on
my mental and physical

BEING. And all S.D.C. /S.S.H.
Directors (current now) Shantay
Adams) So, Is ORDER THEIR STAFF
to try to find some type of
wrong on my part. Using
Therapeutic terms, to justify
the fabricated and falsified
Reports from S.S.C. And in
Response to S.D.C. ABUSE of
Power.

The Treatment team, issues
out their MAP, wing MAP or
Program MAP, to show S.D.C.
That punishment is being
given. "Even when innocence
is clear and evident."

Court Ruled: Psychiatric Treatment can not be
used as a form of ~~punishment~~ punishment
or isolation in any Treatment
facility/institution.

Denying Court prescribed
Treatment. ~~intentionally~~ intentionally.
Shows malice and deliberate
indifference.

Also, failure to provide the
necessary medical or Psychiatric
CARE Constituted "Deliberate
Indifference" to the Resident
SERIOUS medical needs. This is True,
whether the indifference is
manifested by prison doctors in
their response to the Residents
needs or by *prison guards* in

Intentionally Denying, Delaying or
Stopping Access to medical care or
"intentionally interfering with
the treatment once prescribed."

Courts Analyzed Section 1983
Actions Based on "Deprivation
of Due Process" As Falling into
two Categories:

1.) Violations of "Procedural
Due Process" And

2.) Violation of "Substantive
Due Process" the latter Being
Further Subdivided into:

3A.) Deprivation of a
particular constitutional guarantee
And

4B.) Actions that shock
the Conscience.

Due Process Requires that
Before Resident / inmate is
Deprived of privileges or
"placed in Special Confinement
Status as punishment for
Anything Resident / inmate "must"
be provided with Reasons why.

Due Process of Law is
intended to Secure citizens
Against any Arbitrary
Deprivation By the Government
or Government officials Relating
to life, liberty or Property.

T.B's now 11/23/19, 9th now And I am still in I.C.C. (24 Hour Lock Down)

All for having a license legal aid come to see, to help me with a case of wrongful and Brutal death of a resident in this facility, caused by the correction officers in this institutional. (1st shift)

They (D.O.C.) Harrassed this legal aid (mr. Stewart) so much, by breaking in his legal pad that was stored in a locker out in front of this building

Taking his personal things, And started threatening him of trying to give me a phone.

After we (me & the lawyer) was talking for 30 minutes.

As per Lt. Estrada / Sgt. D'Amico Sgt. Costera, my legal work is confiscated and i'm being denied by Sgt. Costera at getting it back.

And now I have no access to a law library, law clerk or anyone in the legal field. "As per D.O.C.- Sgt. Costera - 1st shift Sgt."

** Known to over step and routinely abuse his authority and inflect mental and physical pain on me as well as others. And his Superior (Lt. Estrada) knows of his (Sgt.Costera)

Actions. "And fail to Remedy it."
Courts also Ruled:

The Ban Against attorney-
Client interviews with law
Students or legal Assistants
Constituted an unjustifiable
Restriction on the inmates
right of Access to the courts.
"The Constitutional guarantee
of due Process of Law has a
Corollary the requirement that
Residents/prisoners be afforded
Access to the courts in order to
Challenge unlawful Convictions
And Seek Redress for violations
of their Constitutional rights...
Regulations and practices that
unjustifiably obstruct the
Availability of professional
or other Aspects of the right
of Access to the courts Are
invalid.

One of the most important
Constitutional rights, A person/resident
must protect, is the right to court
Access. without the ability to Access
the Courts, A prisoner/Resident
can-not protect himself from
violations of any of his — — —
Constitutional and civil rights.

The Standard of A first
Amendment Retaliation claim
is that

1.) The plaintiff engaged in

conduct protected by the
Constitution or by Statute.
    2.) the Defendant took an
adverse Action Against the
plaintiff that would Deter
plaintiff from continuing to
Engage in that Conduct And
    3.) There is Causal Connection
Between Elements one and two
that is, this Adverse Action was
taken at least in part Because
of the protected Conduct.

    However, the harm suffered
is the adverse Consequences which
flow from Resident/Inmate's
Constitutionally protected
Claim. the Resident/inmate is
penalized for actually exercising
that Right. the Court must also
state that Harrassment and
physical threats were likely
to Deter a person from - - -
Exercising their Rights. "in
Response to "Retaliation"
    *The Due Process clause of the
Fourteenth Amendment guarantees
a Criminal Defendant the - - -
Effective Assistance of Counsel.*
    It's 12:05ᵖᵐ - 11/23/19. and I haven't
Anyone from S.A.U./D.u.i.& And is
still Being told that, there's no
paper-work or the Reason why

I was placed on a special
status on a 24 hour lock down
(T.C.C.) no shower, change of
clothes etc. I was just sitting
idle on south unit, 3rd floor,
isolation unit.

on 11/24/19 at 11:30am, S/o Shamberger
went to the west unit to search
my cell (#317) S/o Shamberger tossed
my personal belongings around
and aggressively threw my ———
appliances around, in the cell.
As per order of Sgt. Costera
and Lt. Estrada." Not caring if
any of my appliances is destroyed[2]
Acting on the bias and
vindictive ways of or for Sgt.
Costera." Seriously showing ———
Retaliatory ways, in using his
subordinates."

**The Supreme court has stated a
two-step test for cases of alleged
Retaliation for the exercise of
First Amendment rights.

1) Plaintiff must show that
his conduct was constitutionally
protected.

2) He must show that the
protected conduct was a substantial
or motivating factor in the
allegely Retaliatory conduct.

Where a state actor willfully

violates any of the Constitutional
Rights." A seperate finding that such
Action "shocks the Conscience" or is an
"Egregious abuse of Governmental
power" is unnecessary. **

On 11/23/19, at 2ᵖᵐ, I asked the
South unit lock up Area Correction
officer, if I am going to be
released or let out of the lock up
tonight? And Again, I am told,
that He (S/O-Lorenzo) have to
check with His Supervisors.

At 3ᵖᵐ 11/23/19, the 2nd shift
Sgt. (Sgt. T. walker) came to my cell
And asked why I am in lock up.
I stated that I don't know, no
one seems to have any paper-work.
In Response, Sgt. T. walker Agreed
with not having paper-work on
me either. And that she will
check the Computer, "when she
(Sgt. T. walker) goes back to the
front House.

11/23/19, at 5ᵖᵐ, 2nd shift Sgt. T.
walker, came back to the South
unit, And informed me that they
(S.O.C.) don't have any paper-work
on me. Causing me to stay in
lock up, for no reason, or "First
Shift Retaliatory Reasons."

11/24/19, 5ᵃᵐ I'm still in a very
cold cell on the South unit, 3rd floor,
lock up Area, for reasons unknown?

no Shower, change of clothes or Having Any N.N.S. / D.O.C. Staff Come to See me, towards my Being in isolation for 72 Hours, with no paper-work on the Reasons why.

* with the Exception of Sgt. D'Amico saying "Guilty By Association." (Talking to a Lawyer)

And Sgt. Casters authorizing His Subordinates (S/O-Rosenbourgh) S/O-Gallotta to strip Search me and place me in A Cold, isolated cell. "with no paper-work on what caused my Being severely punished. *

11/24/19, at 9am, I informed the Sixth unit Lock up Area, S/O-williams that my 72 Hours isolation period is over. "And still, there's no forms for my placement on I.C.C." And I suppose to Be Released from Lock up. "And S/O-williams-stated

status. And that he will let me know.
11/24/19- at 12³⁰ P.M., the Fresh Sgt.
(Sgt. Corbi) Came to the South unit,
I told him that my 72 hours
of 24 Hour Lock Down was up at
11 A.M., And His Response was that
they Know, And I will Be Released
Some time today (11/24/19), it's
now 3⁴⁰ P.M. And There's no - - -
attempt to Release me from
This unjust isolation Status,

nor did I violate any prison
Rules, that caused me to Be
placed on Special Lock up
Status.

nor Did my attorney violate
Any Institutional Rule and
Regulations. (me. Stewart)

And For no Apparent
Reason, * Stopped my out-side
Legal Aid from coming to Help
me with a wrongful Death
motion/CAse. *

These Correction officers
Harrassed and intimidated
Hem so Bad, that now I have
no way of Persueing my
Legal Arguements. "Due to the
Threats of these Correction
officers."

*** 6⁴ᵗʰ Amendment to the U.S.
Constitutional:
The Sixth Amendment Protects

A prisoners Right to Have Access to the Courts" which may include Access to Legal materials and a Law Library or "Access to Legal Assistance," The Right to Confidential Communication with the courts and Attorney's and the Right to File Legal Documents and writings with the courts without "threats" of "Retaliation."

11/24/19 at 5:05pm the 2nd shift Lt. (Lt. Lydon) Informed me that I will Remain on I.C.C. until Further notice. Showing no sign of my Being Released from this 24 Hours Lock Down Status." All in Retaliation of my Associating with a out-Side Attorney. An Attorney that Has no Affiliation with this Institution,* that "suppose" "To" "Be" a "Residential Civilly Committed unit."

I Also Asked, Can I at least make a phone call And was told by S/o-mocca that He Has to get permission from S/o-monroe. "Causing me not to Have Access to Any legal Aid, outside of this facility" (East Jersey State Prison - AD-Seg-unit-S.T.U.)

7.      Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

_SEE ATTACHED_

## "RELIEF"

1.) that the courts enter judgement DECLARING the Acts of DEFENDANTS violates the rights of Plaintiff under the Eighth, Fourteenth and Six Amendment, the DUE PROCESS and DUE PROCESS clause.

2.) that the Courts enter judgement DECLARING the Acts of DEFENDANTS to violate the Eighth Amendment of the United States Constitution.

3.) that the courts Award Compensatory Damages to Plaintiff for wrongful incarceration, Humiliation, mental Frustration and mental Distress.

4.) that the Courts Award Punitive Damages to Plaintiff for the mental and physical ABUSE that Defendants subjected me to. And for BEING Falsely placed in isolation For 86 Hours, with no Shower, change of Clothes or Access to my Attorney. And for DEFENDANTS showing Retaliation, BECAUSE of my Assistance with the "Department of Criminal Justice." on wrongful Death – – – investigation.

5.) To Grant me with an injunctive Relief, So I can't endure Any

# RELIEF

further Retaliation from
The Correction Staff in this
Facility.

(ii) And for the court to Appoint
A Special Court marshall to
over-see the Above injunctions.

_____
_____
_____
_____
_____
_____
_____
_____

8.      Do you request a jury or non-jury trial? (Check only one)

        (X) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.


Signed this *24th* day of *NOVEMBER*, 20 *1 9*


                        *Thaddeus Thomas*
                        _____
                        Signature of plaintiff*


(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE
COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN
ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE
COMPLAINT).